UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Wilkerson, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EGS Customer Care, Inc.,<br><br>　　　　Defendant. | Case No. 2:15-cv-01656-DJH<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSING ALL CLAIMS WITH PREJUDICE** |

The parties in this action have submitted a *Joint Motion for Approval of Settlement Agreement and Stipulation to Dismiss All Claims with Prejudice* (Doc. 30) with an attached redacted Settlement Agreement and Release.  Having reviewed the Joint Motion and Stipulation along with the proposed Settlement Agreement and Release, the Court enters the following Order:

IT IS HEREBY ORDERED: that the Settlement Agreement and Release is approved in its entirety, and is a fair and reasonable resolution of the parties' *bona fide* dispute;

IT IS FURTHER ORDERED that this matter is hereby dismissed, *with prejudice*, with the parties to bear their respective attorneys' fees and costs.

IT IS SO ORDERED this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Diane J. Humetewa