# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Wilkerson, et al., | No. CV-15-01656-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| EGS Customer Care Incorporated, | |
| Defendant. | |

This matter is before the Court on the Response to 12/15/16 Order (Doc. 27) and Renewed Joint Motion for Approval of Settlement Agreement and Stipulation to Dismiss All Claims with Prejudice (Doc. 30) and an attached Settlement Agreement and Release of Liability (Doc. 30-1).

Upon review by the Court, and pursuant to the stipulation of the parties,

**IT IS ORDERED granting** the Joint Motion and Stipulation (Doc. 30).

**IT IS FURTHER ORDERED** that the Settlement Agreement and Release of Liability is approved in its entirety and is a fair and reasonable resolution of the parties' bona fide dispute.

**IT IS FURTHER ORDERED** that this matter is hereby dismissed, **with prejudice**, with the parties to bear their respective attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 10th day of January, 2017.

Honorable Diane J. Humetewa
United States District Judge